IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| HEARL FACEY,<br><br>Plaintiff,<br><br>v.<br><br>DAE SUNG CORPORATION, LB&B ASSOCIATES INC., and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 37 SCHOLARSHIP FUND, INC.<br><br>Defendants. | ) | Civil Action No. 1:13-cv-03256-JKB |

**DEFENDANTS DAE SUNG, LLC AND LB&B ASSOCIATES INC.'S MOTION TO DISMISS COUNTS FIVE AND SIX OF PLAINTIFF'S COMPLAINT & JURY DEMAND**

Defendants Dae Sung, LLC (mis-identified by Plaintiff as "Dae Sung Corporation") ("Dae Sung") and LB&B Associates Inc. ("LB&B") (collectively, the "FTSS JV Defendants"), through their undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss Counts Five and Six of Plaintiff's Complaint & Jury Demand for failure to state a claim upon which relief can be granted.

In support of this Motion, the FTSS JV Defendants incorporate herein as if set forth in full their Memorandum of Law In Support of Motion to Dismiss, which Memorandum has been filed contemporaneously with the filing of this Motion.

A proposed Order is attached.

Respectfully submitted this the 7th day of November, 2013.

/s/

Gerry H. Tostanoski (Bar No. 07382)
Kelly M. Marzullo (Bar No. 28036)
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 752-9700
Facsimile: (410) 727-5460
GTostanoski@tydingslaw.com
KMarzullo@tydingslaw.com

*Attorneys for Defendants Dae Sung, LLC and LB&B Associates Inc.*

OF COUNSEL:

Benjamin N. Thompson
Jennifer M. Miller[1]
WYRICK ROBBINS YATES & PONTON LLP
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607-7506
Telephone: (919) 781-4000
Facsimile: (919) 781-4865
bthompson@wyrick.com
jmiller@wyrick.com

*Attorneys for Defendants Dae Sung, LLC and LB&B Associates Inc.*

[1] Motions for Admission Pro Hac Vice for Benjamin N. Thompson and Jennifer M. Miller are currently pending.