IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| HEARL FACEY,<br><br>Plaintiff,<br><br>v.<br><br>DAE SUNG CORPORATION, LB&B ASSOCIATES INC., and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 37 SCHOLARSHIP FUND, INC.<br><br>Defendants. | ) | Civil Action No. 1:13-cv-03256-JKB |

**ORDER**

AND NOW, this ____ day of ___________________, 2013, upon consideration of Defendants Dae Sung, LLC and LB&B Associates Inc.'s Motion to Dismiss Counts Five and Six of Plaintiff's Complaint & Jury Demand and Memorandum of Law in Support of the same, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is **GRANTED** and that the Counts Five and Six of the Complaint & Jury Demand filed by Plaintiff Hearl Facey in the above-captioned action are dismissed in their entirety with prejudice.

_______________________________
James K. Bredar
United States District Judge