IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| HEARL FACEY,<br><br>Plaintiff,<br><br>v.<br><br>DAE SUNG CORPORATION, LB&B ASSOCIATES INC., and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 37 SCHOLARSHIP FUND, INC.<br><br>Defendants. | ) | Civil Action No. 1:13-cv-03256-JKB |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 7th day of November, 2013, copies of the foregoing Defendants Dae Sung, LLC and LB&B Associates Inc.'s Motion to Dismiss Counts Five and Six of Plaintiff's Complaint & Jury Demand, Memorandum in support thereof, and Proposed Order electronically were filed and served on all counsel of record.

/s/

Kelly M. Marzullo (Bar No. 28036)
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 752-9700
Facsimile: (410) 727-5460
KMarzullo@tydingslaw.com

*Attorneys for Defendants Dae Sung, LLC and LB&B Associates Inc.*